UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

Plaintiff,

v.

SID, et al.,

Defendants.

No.  2:26-cv-02162-JAM-AC P

**ORDER**

Plaintiff Willie Weaver is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  He has been deemed a vexatious litigant who is not permitted to proceed on any civil action against a government employee, government official, or governmental entity without either (1) paying the appropriate filing and administrative fees at the time he files suit or (2) making the required evidentiary showing, with documentation, that he is in imminent danger of serious physical injury.  See Weaver v. Williams, No. 2:17-cv-1003 JAM AC P (see ECF No. 14 (prefiling order); ECF No. 16 (amendment to prefiling order)).  Furthermore, any complaint that plainly states that plaintiff's administrative remedies have not been exhausted are required to be accompanied by a sworn statement explaining why plaintiff did not exhaust his administrative remedies prior to filing the complaint and showing that administrative remedies were unavailable.  Id.  If the court reviews a newly filed case and determines that plaintiff has not complied with the requirements of the prefiling order, the case will be ordered dismissed and

1

closed.  Id.

The court has reviewed the instant case and plaintiff has not submitted the required fees and has not made the required evidentiary showing, with documentation, that he is in imminent danger of serious physical injury.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff has not complied with the requirements of the pre-filing order, as indicated above;

2. The complaint is **DISMISSED**;

3. The Clerk of the Court is **DIRECTED** to **CLOSE** this case; and

4. **No further filings will be accepted**.

Dated: June 18, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2